■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO ACEVEDO, Appellant.—Judgment of the Supreme Court, Kings County (Pesce, J.), rendered October 31, 1985, affirmed (see, People v Harris, 61 NY2d 9). Bracken, J. P., Brown, Lawrence and Kooper, JJ., concur.